IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENNIE EDWARD PIERCE, JR., <br><br> *Plaintiff*, <br><br> v. <br><br> STATE OF TEXAS, <br><br> *Defendant*. | § § § § § § § § § § § Case No. 2:19-cv-00350-JRG-RSP |

## ORDER

Plaintiff Bennie Edward Pierce, Jr. previously filed a complaint in *forma pauperis* against the State of Texas in the above-referenced matter. Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 3), recommending dismissal of the complaint as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915A and separately for failure to prosecute. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, it is **ADOPTED**.  A final judgment will issue separately.

**So ORDERED and SIGNED this 5th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE